IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HERMAN D. BROWN, SR.                                                                        PLAINTIFF

V.                                      NO: 5:09CV00195 JLH

REYNOLDS                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE